[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-10432
Non-Argument Calendar
_____

Agency No. A099-670-495

LEDIS VIRGINIA SANDOVAL-RAMIREZ,

Petitioner,

versus

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
_____

(February 1, 2021)

Before MARTIN, NEWSOM, and ANDERSON, Circuit Judges.

PER CURIAM:

Ledis Virginia Sandoval-Ramirez seeks review of a Bureau of Immigration

Appeals (BIA) decision affirming the Immigration Judge's (IJ) denial of her

motion to reopen her removal proceedings.  Sandoval-Ramirez argues that the BIA did not properly weigh the evidence she proffered of the changed country conditions in Honduras and her well-founded fear of future persecution.  After careful consideration, we dismiss her petition for lack of jurisdiction.

Sandoval-Ramirez is a native and citizen of Honduras who entered the United States without inspection with her two daughters in 2006.  Sandoval-Ramirez did not attend her removal proceedings in 2006 and was ordered removed in absentia.  In 2019, she moved to rescind that order and reopen her case so that she could pursue an asylum claim based on changed conditions in Honduras.  The IJ denied her motion and the BIA affirmed on the basis that she had been personally served with the Notice to Appear for her 2006 removal proceedings and that the IJ did not err in declining to exercise its sua sponte authority to reopen removal proceedings.  Sandoval-Ramirez timely filed a petition for review.

Sandoval-Ramirez challenges only the BIA's denial of her motion to reopen so that she could pursue asylum, withholding of removal, and relief under the Convention Against Torture.  She maintains that the BIA failed to "adequately weigh the new and material evidence" she presented in support of her claims for relief.  Sandoval-Ramirez argues that we should review this decision for abuse of discretion, but we lack jurisdiction to review the BIA's discretionary decision

2

whether to reopen removal proceedings pursuant to its sua sponte authority. Lenis v. U.S. Att'y Gen., 525 F.3d 1291, 1293 (11th Cir. 2008).

**PETITION DISMISSED.**